UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE WILSON | Case Number: 10-5938 |
| Plaintiff | |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC. and AIS SERVICES, LLC | |
| Defendant | |

## STIPULATION OF DISMISSAL

AND NOW, this 3rd day of January, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, LLC

BY: /s/ *Ross S. Enders*
Ross S. Enders, Esquire
Attorney for Defendant